UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Antonio D. Harper,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Aviles, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-01425-GMN-EJY<br><br>**ORDER** |

　　　　This Court ordered Plaintiff to either pay the full $405 filing fee for a civil action or file a complete application to proceed *in forma pauperis* by October 24, 2025. ECF No. 5. That deadline expired without any response by Plaintiff, and his mail from the Court was returned as undeliverable, noting he was no longer at Stein Forensic Hospital. ECF No. 6. Plaintiff has since filed a change-of-address notice indicating that he is currently in custody at Clark County Detention Center ("CCDC"). ECF No. 7. Considering the foregoing, the Court entertains alternatives to dismissal and will grant Plaintiff a <u>final</u> extension of time to either pay the filing fee or apply for *in forma pauperis* status.

　　　　Accordingly, IT IS HEREBY ORDERED that on or before January 29, 2026, Plaintiff must either pay the $405 filing fee for a civil action[1] or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. Even if Plaintiff has not been at CCDC for a full six-month period, Plaintiff must still submit a financial certificate and an inmate account statement for the dates Plaintiff has been at the facility.

　　　　IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before January 29, 2026, will result in a

---

[1] As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b).

recommendation to dismiss this action **without prejudice**.  A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved traditional form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

DATED: January 8, 2026

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2