UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTONIO D. HARPER,

       Plaintiff,

  v.

AVILES, et al.,

       Defendants.

Case No. 2:25-cv-01425-GMN-EJY

**ORDER**

The Court notes mail sent to Plaintiff was returned by Clark County Detention Center as undeliverable. ECF No. 14. A review of the Nevada Department of Corrections inmate database shows Plaintiff is incarcerated in High Desert State Prison.

Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** update his address with the Court no later than **July 1, 2026**.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff courtesy copies of this Order, the Court's April 23, 2026 Screening Order (ECF No. 12), and all its attachments to his High Desert State Prison address. Plaintiff must no later than **July 1, 2026** file an amended complaint consistent with the Court's Screening Order.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this action without prejudice.

Dated this 2nd day of June, 2026.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1